GABRIEL WILLIAM ST. CLAIR AND SANDRA PRICE v. MAVIS ST. CLAIR RAKESTRAW AND HUSBAND, OLIN RAKESTRAW

No. 218A84

(Filed 27 February 1985)

APPEAL of right from the decision of a divided panel of the Court of Appeals, 67 N.C. App. 602, 313 S.E. 2d 228 (1984), reversing the judgment entered by *Judge Claude S. Sitton* on 27 April 1982 in Superior Court, MECKLENBURG County. Heard 13 December 1984.

*Joseph Warren III and India Early Keith for plaintiff appellants.*

*Badger, Johnson, Chapman and Michael, P.A., by David R. Badger, for defendant appellee.*

PER CURIAM.

The decision of the Court of Appeals is contained in an opinion by Judge Phillips with Judge Eagles concurring in the result and Judge Arnold dissenting. The Court of Appeals held that "As to the defendant appellant's appeal, the judgment is reversed and the cause remanded for a new trial. As to the issues raised by the plaintiff appellees, the trial court's rulings are affirmed."

For the reasons set forth in both the opinion by Judge Phillips and the dissent of Judge Arnold, we affirm that part of the decision of the Court of Appeals which affirmed the trial court's rulings as to the issues the plaintiffs sought to raise on appeal. For the reasons set forth and fully discussed in Judge Arnold's dissent, we reverse that part of the decision of the Court of Appeals which reversed the judgment of the trial court and remanded this case for a new trial. This case is remanded to the Court of Appeals with instructions to reinstate the judgment entered by the trial court on 27 April 1982.

Affirmed in part, reversed in part and remanded.

Justice VAUGHN took no part in the consideration or decision of this case.